*Raleigh T. Barber* and *D. C. McMullen,* for Plaintiff in Error.

*Shackleford, Ivy, Farrior & Shannon,* for Defendant in Error.

Carol R. Vernon, Appellant, v. Carter Armstrong, Appellee.

*Raleigh T. Barber,* for Appellant.

*Shackleford, Ivy, Farrior & Shannon,* for Appellee.

Jim Lee, Plaintiff in Error, v. State of Florida, Defendant in Error.

*Martin & Martin,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

State, *ex rel.* Keylarney Corporation, *et al.,* Relators, v. H. F. Atkinson, *et al.,* Respondent.

*Shutts & Bowen* and *E. S. Quick,* for Relators.

*Thos. H. Anderson,* for Respondents.

D. R. Crum, *et al.,* Appellants, v. Richard L. Baily, Appellee.

914

*Martin & Martin,* for the Motion.

A. F. Thomasson, as City Manager, Etc., *et al.,* Plaintiffs˙ in Error, v. State, *ex rel.* O. M. Nevels, single, Defendant in Error.

*Carroll R. Runyon,* for Plaintiffs in Error.
*Erle B. Askew,* for Defendant in Error.

City of Clearwater, Florida, a Municipal Corporation, Plaintiff in Error, v. Arthur R. Klemm, *et al.,* Defendants in Error.

*John C. Polhill,* for Plaintiff in Error.
*Touchton & Crittenden,* for Defendant in Error.

J. N. Brown, *et al.,* Appellants, v. Wm. Mahlon Davis, as Executor of the Estate of Annie C. Davis, deceased, Appellee.

*Hardee & Martin,* for Appellants.
*B. M. Skelton,* for Appellee.

Wm. Mahlon Davis, as Executor of the Estate of Annie C. Davis, deceased, Appellant, v. J. N. Brown, *et al.,* Appellees.